```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AJAY SINGH, individually and on behalf of all those similarly situated,

                   Plaintiff,                                                    20-cv-3906 (LJL)

       -v-                                                           ORDER

NATURE'S WAY PRODUCTS LLC,

                   Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held the initial pretrial conference on September 4, 2020. Defendant, which has not been served in this action, did not appear. Plaintiff's counsel informed the Court that the parties are engaged in settlement negotiations.

      As ordered at the conference, Plaintiff must either submit a stipulation of dismissal or file a certificate of service and an agreed Case Management Plan and Scheduling Order on the docket within sixty (60) days of this Order, or—in the event Plaintiff neither dismisses the case nor files a certificate of service and Case Management Plan and Scheduling Order—show good cause why this case should not be dismissed for failure to prosecute.

      SO ORDERED.

Dated: September 4, 2020
       New York, New York

                                                                     LEWIS J. LIMAN
                                                               United States District Judge